UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DENNIS CRAVIOTTO,

          NO. CIV. S-02-2494 LKK/DAD

    Plaintiff,

  v.                        O R D E R

NINETY FIVE TEN RENTALS; and
BOB WILSON,

    Defendants.
_____/

    On October 17, 2003, after being notified by the parties that the above-captioned had settled, the court granted one final extension of time to file documents disposing of the case.  The parties have failed to do so.  Accordingly, pursuant to Fed. R. Civ. P. 41, this matter is DISMISSED for lack of prosecution.  The Clerk is directed to close the case.

    IT IS SO ORDERED.

    DATED:  March 21, 2006

                                  /s/Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT